# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVEDE L. LEWIS

NO. 2020 KW 0656

**NOVEMBER 09, 2020**

---

In Re:     Davede L. Lewis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 604-332.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court acted on relator's motion for production of documents, and the requested documents were sent to relator on June 22, 2020.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT